COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

NEPONSIT HOLDING CORPORATION, Respondent, v. PERCY I. ANSORGE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

MOLLY ROSENBLUM, Respondent, v. JOHN F. HARRINGTON and Another, etc., Appellants.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

SAMUEL RUSSO and Another, Respondents, v. JOHN G. LAVENDER and Another, Appellants.— Motion to extend time to perfect appeal granted on condition that the appeal be perfected and placed on the calendar and argued at the April term; otherwise, motion denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

PHILIP SASSO, Respondent, v. NORTHERN DOCK COMPANY, INC., Appellant, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

IDA E. THOMAS, Respondent, v. F. ROEBLING GEYSER, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

JOHN J. WHALEN, Respondent, v. JAMES C. DAVIS, as Director-General of Railroads, etc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

AJAX DRAINAGE CONTRACTING CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs, on the opinion of Mr. Justice Hagarty at Trial Term. [Reported in 125 Misc. 794.] Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

MARY AJELLO, Respondent, v. ROMEO AJELLO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

TIMOTHY CAMPBELL, Respondent, v. PINKUS PINKUS, Appellant.— Judgment of the County Court of Kings county and order denying motion to set aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

FRANCIS A. CUNDILL, Appellant, v. JOHN B. LEWIS, Respondent. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

FRANCIS A. CUNDILL, Appellant, v. JOHN B. LEWIS, Respondent. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

ALEXANDER DAVISON, Plaintiff, v. ROSANNA MACDONALD and Others, Respondents, Impleaded with HERMAN LEVYNE, Appellant.— Order denying motion to confirm referee's report affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Cropsey at Special Term [Reported in 124 Misc. 726], with allowance of fifty dollars to the guardian, payable out of the infants' share. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.